NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JAVONEY D. ROBERTS,                      )
                                         )
          Appellant,                     )
                                         )
v.                                       )          Case No. 2D17-3275
                                         )
STATE OF FLORIDA,                        )
                                         )
          Appellee.                      )
                                         )
_____)

Opinion filed May 30, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico,
Judge.

Javoney D. Roberts, pro se.



PER CURIAM.


          Affirmed.


LaROSE, C.J., and CASANUEVA and KELLY, JJ., Concur.